UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br><br>     Plaintiff,<br><br>v.<br><br>GAMMANS ARCHITECTURAL d/b/a<br>Skylights International, Inc.<br>and<br>GAMMANS ARCHITECTURAL<br>PRODUCTS, INC.,<br><br>     Defendants. | CIVIL ACTION FILE<br><br>NO. 3:05-cv-97-JTC |

## DEFAULT JUDGMENT

   The defendants GAMMANS ARCHITECTURAL d/b/a Skylights International, Inc. and GAMMANS ARCHITECTURAL PRODUCTS, INC., having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Clarence Cooper, United States District Judge, by order of October 26, 2006, having directed that judgment issue in favor of plaintiff and against the defendants, it is hereby

   ORDERED AND ADJUDGED, that the Defendants, their officers, successors, assigns, and all persons in active concert or participation with them, are permanently enjoined from engaging in discrimination and any other employment practice that discriminates on the basis of race; Defendants are to institute and carry out policies, practices, and programs that provide equal employment opportunities for Black individuals and that eradicate the effects of their past and present unlawful employment practices.

IT IS FURTHER ORDERED AND ADJUDGED that Gary Richardson recover from the defendants the sum of $77,484.18 and that James Hall recover from the defendants the sum of $85,124.15.

Dated at Newnan, Georgia this 26th day of October, 2006.

JAMES N. HATTEN
CLERK OF COURT

By:     s/Sherry Gibbons
        Sherry Gibbons
        Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
October 26, 2006
James N. Hatten
Clerk of Court


By: s/Sherry Gibbons
        Sherry Gibbons
        Deputy Clerk