IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, : : : | |
| Plaintiff, : : : | |
| : : | Civil Action No. 3:05-CV-097-JTC |
| GAMMANS ARCHITECTURAL, d/b/a Skylights International, Inc., and GAMMANS ARCHITECTURAL PRODUCTS, INC. : : : : : | |
| Defendants. : : | |
| _____ : | |

**PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S MOTION AND INCORPORATED MEMORANDUM FOR COURT'S ISSUANCE OF A WRIT OF EXECUTION OF JUDGEMENT AND ATTORNEY FEES AND COSTS**

NOW, comes Plaintiff Equal Employment Opportunity Commission, an agency of the United States of America, pursuant to Rule 69 of the Federal Rules of Civil Procedure and the Fair Debt Collections Practices Act, 28 U.S.C.§ 3201, 28 U.S.C.§3202 and  28.U.S.C.§3202, and Ga. Code Ann.  9-12-113, Ga. Code. Ann. 9-12-130, et. seq. and hereby submits this motion for a writ of execution to enforce the judgment rendered in this case.

In accordance with the law, Plaintiff also seeks costs, attorney fees and sanctions for having to file the instant motion.  As good cause for this motion, the Plaintiff shows the Court the following facts.

1.      The Defendants' name(s) is/are Gammans Architectural, d/b/a Skylights International, Inc. and Gammans Architectural Products Inc.( hereinafter "Gammans" or "Defendants").

2.      On October 26, 2006, this court entered a monetary judgment, in the United States District Court for the Northern District of Georgia, in favor of the Equal Employment Opportunity Commission against Gammans, imposing monetary amounts for violations of Title VII of the Civil Rights Act of 1964 as amended.  This court's monetary judgment against the Defendants awarded damages to the EEOC on behalf of Gary Richardson in the amount of $77, 484.18 and James Hall in the amount of $85, 124.15.  The amount totaling $162,608.33, due the EEOC on behalf of Gary Richardson and James Hall, remains unpaid and outstanding.  (See Exhibit A, Court's Order)

3.       Plaintiff contends that all possible measures have been exercised with due diligence to compel Gammans' compliance with said order and judgment and to collect the debt from Gammans.

4.      Plaintiff mailed by regular and certified mail, several demand letters which notified Gammans of the judgment and demanded payment.   These demand letters were sent by regular and certified mail sent to Defendants' business addresses and what was and is believed to be the personal address of Defendant's owner and CEO, Nelson  Gammans.  The demand letters included copies of the

judgment rendered by this court ordering payment of the debt.  Some of the letters were returned, marked "Undeliverable" and "Refused to accept", while others were accepted as evidenced by the signatures on the U.S. Postal Service's return receipt card. (Exhibit "B").  The Defendant has not responded to any of the EEOC's demand letters.  To date Defendant, refuses to pay the court ordered damages and refuses to contact the EEOC to make payment arrangements.

5.   Plaintiff contends that pursuant to 28 U.S.C.§ 3203, the United States Equal Employment Opportunity Commission is entitled to interest on the unpaid balance of said damages, which for Richardson is now in the amount of $82,807.55, which includes interest accruing pursuant to 26 U.S.C.§ 6621, at the rate of 8%; and for Hall, in the amount of $90, 972.40, which includes interest accruing pursuant to 26 U.S.C.§6621, at the rate of 8%.  Plaintiff further contends that pursuant to 28 U.S.C. 3203(b), said amounts owed to Plaintiff must include judgment, costs, and interest.

6.   Plaintiff contends that said judgment rendered on October 26, 2006, in this matter created a lien on all real property belonging to and owned by Defendant(s) pursuant to 28 U.S.C.§ 3201 including said real property located at 1 Beavers Street, Newnan, Georgia as well as any other locations of Defendant's real property and monetary assets.

7. The execution of any and all writs and any other processes available are the only remedy to gain compliance with this court's judgment and order. Plaintiff respectfully reminds this court that in past matters before this court, Defendants have ignored or circumvented this court's orders and that all available sanctions and costs be assessed against this Defendant for its continued recalcitrance and subversion of the judicial process.

8. Said writ(s) should issue in accordance with FRCP 69, 28 U.S.C. 3202, 28 U.S.C. 3203 and 28 U.S.C. 3102 (b) and any other writs available by law to allow the EEOC to attach Defendants' real property located at 1 Beavers Street Newnan, Georgia as well as any other real property owned by Defendants, plus monetary assets, bank accounts, and holdings, some of which are believed to be located at the Bank of America and Regions Banks; and all other bank accounts in which Defendant has a substantial nonexempt interest as security for said judgment, costs and interest.

9. Pursuant to 28 U.S.C. 3015, FRCP 69 and Ga. Code Ann§ 9-11-69, Plaintiff seeks permission to initiate discovery regarding the financial condition of the Defendants in this action.

WHEREFORE, the Plaintiff requests immediate issue of a writ of execution and levy against all assets of Defendants and that this court issue said order and writ to any and all third parties, to include, banks, and other financial institutions

holding or having in their possession any and all financial assets belonging to Defendants; Plaintiff further requests that this court assess costs, interest and attorney fees to be paid to Plaintiff for having to bring this action.

Plaintiff further asks this court to find that pursuant to 28 U.S.C.§ 3203, the United States Equal Employment Opportunity Commission is entitled to interest on the unpaid balance of said damages, which for Richardson is now in the amount of $82,259.15, which includes interest accruing pursuant to 28 U.S.C.§ 6621, at the rate of 8%; and for Hall, in the amount of $90, 369.94, which includes interest accruing pursuant to 26 U.S.C.§ 6621, at the rate of 8%.

Plaintiff further asks that said judgment rendered on October 26, 2006, in this matter created a lien on all property, both real and monetary, belonging to and owned by Defendant(s) pursuant to 28 U.S.C.§ 3201.

Plaintiff further asks that this court find that Plaintiff is entitled to obtain this writ of execution and any and all writs and processes available to gain compliance with this court's judgment and order.

Further that said writ(s) should issue in accordance with FRCP 70, 28 U.S.C. 3202, 28 U.S.C. 3203, and 28 U.S.C.3102 (b) and any other writs available by law to allow the EEOC to attach Defendants' real property located at 1 Beavers Street, Newnan, Georgia 30263 as well as any other real property owned by Defendants plus monetary assets, bank accounts, and holdings, some of which are

believed to be located at the Bank of America and Regions Banks; and all other bank accounts in which Defendant has a substantial nonexempt interest as security for said judgment, costs and interest to include interest.

Plaintiff further asks that pursuant to 28 U.S.C. 3015, and Ga. Code Ann§ 9-11-69, that Plaintiff be allowed to initiate discovery regarding the financial condition of the Defendants in this action.

                                                      Respectfully submitted,

                                                      s/Pamela Alfred-George
                                                      PAMELA ALFRED-GEORGE
                                                      Trial Attorney
                                                      La. Bar No: 16784

                                                      EQUAL EMPLOYMENT OPPORTUNITY
                                                      COMMISSION - Legal Unit
                                                      100 Alabama Street, SW, Suite 4R30
                                                      Atlanta, Georgia 30303
                                                      (404) 562-6812/6818 (direct)
                                                      (404) 562-6905 (fax)

                                                      Attorneys for Plaintiff Equal Employment
                                                      Opportunity Commission