IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, GARY RICHARDSON, and JAMES HALL | : : : : : |
| Plaintiff | : CIVIL ACTION NO. : 3:05-CV-0097-CC |
| v. | : : |
| GAMMANS ARCHITECTURAL d/b/a Skylights International, Inc., | : : |
| and | : : |
| GAMMANS ARCHITECTURAL PRODUCTS, INC., | : : : |
| Defendants | : : |

## MOTION TO SUBSTITUTE

COMES NOW J. Balington Financial ("Balington") as assignee of Plaintiffs Gary Richardson and James Hall and, pursuant to Fed. R. Civ. P. 25(c), respectfully moves to have Sol-Area, Inc. ("Sol-Area") added as a party defendant to this lawsuit and held liable for the judgment entered against Defendants on the same terms and conditions as Defendants. As set forth more fully in the accompanying Memorandum of Law, Sol-Area is a successor in interest to

Defendants Skylights International, Inc. and Gammans Architectural Products, Inc. and is a mere continuation of these entities, formed to escape the consequences of the judgment in this matter.

For the foregoing reasons, Balington respectfully requests that this Court add Sol-Area as a party defendant in this action, subject to the judgment on the same terms and conditions as the other Defendants.

This 26th day of August, 2013.

                    Respectfully submitted,

                    BERMAN FINK VAN HORN P.C.

                    By: *s/ Charles H. Van Horn*
                          Charles H. Van Horn
                          Georgia Bar No. 724710
                          Email: cvanhorn@bfvlaw.com
                          Collin L. Freer
                          Georgia Bar No. 187459
                          E-mail: cfreer@bfvlaw.com

3475 Piedmont Road, NE          COUNSEL FOR J. BALINGTON
Suite 1100                              FINANCIAL AS ASSIGNEE OF
Atlanta, Georgia  30305             PLAINTIFFS GARY RICHARDSON
Telephone: (404) 261-7711         AND JAMES HALL
Facsimile: (404) 233-1943

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 26, 2013, I electronically filed the foregoing **MOTION TO SUBSTITUTE** with the Clerk using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Peter Durham, Esq.
Glover & Davis, P.A.
10 Brown Street
P.O. Box 1038
Newnan, Georgia 30264
pdurham@gloverdavis.com

S. Robert Royal, Esq.
S.R. Royal & Associates, LLC
9400 Roberts Drive – Bldg. 1-J
Atlanta, Georgia 30350
Robert.royal@comcast.net

Darin B. Tuggle, Esq.
Equal Employment Opportunity Commissoin – ATL
Atlanta District Office – Legal Unit
100 Alabama Street, S.W.
Suite 4R30 Atlanta Federal Center
Atlanta, Georgia 30303-8704
Darin.Tuggle@eeoc.gov

Pamela A. Alfred-George, Esq.
U.S. Equal Employment Opportunity Commission
100 Alabama Street, S.W.
Suite 4R30
Atlanta, Georgia 30303
Pamela.alfred-george@eeoc.gov

Stephen M. Katz, Esq.
The Katz Law Group, LLC
4799 Old Towne Parkway
Suite 200
Marietta, Georgia 30068
smkatz@smk-law.com

Gammans Architectural
Debra A. Gammas, President
Skylights International, Inc.
160 Beavers Street
Newnan, Georgia 30263
PRO SE
(Via First Class Mail)

Gammans Architectural Products, Inc.
Nelson J. Gammas, President
Gammas Architectural Products, Inc.
1 Beavers Street
Newnan, Georgia 30263
PRO SE
(Via First Class Mail)

[SIGNATURES SHOWN ON FOLLOWING PAGE]

Respectfully submitted this 26th day of August, 2013.

                                          BERMAN FINK VAN HORN P.C.

                                          By: *s/ Charles H. Van Horn*
                                                Charles H. Van Horn
                                                Georgia Bar No. 724710
                                                Email: cvanhorn@bfvlaw.com
                                                Collin L. Freer
                                                Georgia Bar No. 187459
                                                E-mail: cfreer@bfvlaw.com

| | |
|---|---|
| 3475 Piedmont Road, NE | COUNSEL FOR J. BALINGTON |
| Suite 1100 | FINANCIAL AS ASSIGNEE OF |
| Atlanta, Georgia  30305 | PLAINTIFFS GARY RICHARDSON |
| Telephone: (404) 261-7711 | AND JAMES HALL |
| Facsimile: (404) 233-1943 | |

## CERTIFICATION OF COMPLIANCE WITH
## LOCAL RULE 7.1D and 5.1B

Pursuant to Local Rule 7.1D and 5.1B, the undersigned counsel hereby certifies that the foregoing document complies with the Local Rules' requirements as to font in that it has been prepared in Times New Roman 14 point.

Respectfully submitted this 26th day of August, 2013.

                              BERMAN FINK VAN HORN P.C.

                          By: *s/ Charles H. Van Horn*
                              Charles H. Van Horn
                              Georgia Bar No. 724710
                              Email: cvanhorn@bfvlaw.com
                              Collin L. Freer
                              Georgia Bar No. 187459
                              E-mail: cfreer@bfvlaw.com

| | |
|---|---|
| 3475 Piedmont Road, NE | COUNSEL FOR J. BALINGTON |
| Suite 1100 | FINANCIAL AS ASSIGNEE OF |
| Atlanta, Georgia  30305 | PLAINTIFFS GARY RICHARDSON |
| Telephone: (404) 261-7711 | AND JAMES HALL |
| Facsimile: (404) 233-1943 | |

546100