IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | : : : | |
| **Plaintiff** | : : | |
| | : : | CIVIL ACTION NO. 3:05-CV-0097-CC |
| v. | : : | |
| GAMMANS ARCHITECTURAL d/b/a Skylights International, Inc., | : : : | |
| and | : : | |
| GAMMANS ARCHITECTURAL PRODUCTS, INC., | : : : | |
| **Defendants** | : : | |

# ORDER

This matter comes before the Court on the Motion for Issuance of an Alias Writ of Execution (the "Motion") filed by Balington Financial as assignee of Gary Richardson and James Hall.

It appearing that Balington's possession of the original Writ of Execution issued by this Court has been lost in the course of Balington's efforts to execute on the Judgment, the Court hereby GRANTS the Motion.

Accordingly, the Clerk of Court is instructed to issue a new original Writ of Execution instanter and to hold that new Writ for pickup by a representative of Balington.

This 21st day of ___October___, 2013.

                                      s/ CLARENCE COOPER
                                      Honorable Clarence Cooper
                                      Judge, United States District Court

*Prepared and presented by:*

Charles H. Van Horn
Georgia Bar No. 724710
BERMAN FINK VAN HORN P.C.
3475 Piedmont Road, N.E., Suite 1100
Atlanta, Georgia  30305
(404) 261-7711
(404) 233-1943 (Facsimile)

COUNSEL FOR BALINGTON FINANCIAL
AS ASSIGNEE OF GARY RICHARDSON
AND JAMES HALL