IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

EQUAL EMPLOYMENT : 
OPPORTUNITY COMMISSION FOR : 
GARY RICHARDSON AND : 
JAMES HALL, : 
 : 
      Plaintiffs, : 
 : 
vs. :    CIVIL ACTION FILE
 :    NO. 3:05-CV-97-JTC
GAMMANS ARCHITECTURAL d/b/a : 
SKYLIGHTS INTERNATIONAL, INC. : 
and GAMMANS ARCHITECTURAL : 
PRODUCTS, INC., : 
 : 
      Defendants. : 

## ORDER

WHEREAS, Balington Financial ("Balington") having filed its Emergency

Motion for Issuance of a Renewed Writ of Execution on October 23, 2013; and

WHEREAS, this Court having conducted a hearing on this same day

(October 23, 2013), and this Court found that Balington lacks standing to enforce

the Judgment because Plaintiffs Gary Richardson and James Hall previously

transferred and assigned the Judgment to Heather Lindsey d/b/a Lindsey &

Lindsey, LLC ("Lindsey") on June 6, 2012, which written transfer and assignment

was recorded with this Court on June 11, 2012 (Docket No. 70).

NOW, THEREFORE, IT IS ORDERED that Balington's Motion is DENIED because Balington lacks standing to alter, renew, enforce or otherwise cancel the Judgment.

SO ORDERED this 25th day of October, 2013.

s/ CLARENCE COOPER
Honorable Clarence Cooper
Judge, United States District Court

PROPOSED ORDER PREPARED
BY COUNSEL FOR SOL-AREA, INC.
GLOVER & DAVIS, P.A.

BY:   s/ Peter A. Durham, Esq.
Peter A. Durham
Georgia State Bar No. 235542
10 Brown Street
P. O. Box 1038
Newnan, Georgia  30264
(770) 683-6000 phone
(770) 683-6010 fax
pdurham@gloverdavis.com